# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| STEVEN DEWADE DEMMING | CIVIL ACTION NO. 15-0945 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHREVEPORT CITY JAIL, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Record Document 26) is **GRANTED** and all claims against all Defendant are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 21st day of December, 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE